ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Erica.seger@usdoj.gov
Attorneys for Plaintiff

FILED

2017 OCT 25  PM 5:40

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

           Plaintiff,

vs.

Sinisa Djurdjic,

           Defendant.

CR 17-1658 TUC JGZ(DTF)

**INDICTMENT**

Violations:

18 U.S.C. § 1546(a)
(Fraud and Misuse of Visas, Permits, and Other Documents)
Count 1

18 U.S.C. § 1425(a)
(Unlawful Procurement of Citizenship or Naturalization)
Count 2

18 U.S.C. § 1425(b)
(Unlawful Procurement of Citizenship or Naturalization)
Count 3

**THE GRAND JURY CHARGES:**

## COUNT 1

**FRAUD AND MISUSE OF VISAS, PERMITS AND OTHER DOCUMENTS**

Beginning on or about March 12, 2002 and continuing to the present, in the District of Arizona and elsewhere, the defendant, SINISA DJURDJIC, did knowingly possess and use an immigrant visa, to wit: a Form I-551, legal permanent resident card, knowing it to have been procured by means of any false claim or statement and to have been otherwise

procured by fraud or unlawfully obtained, to wit: SINISA DJURDJIC, applied for, received, possessed and used his permanent resident card knowing he had fraudulently procured his permanent resident card by omitting his service in the uniformed services of the Bosnian Serb government when living in Bosnia on his Form I-485 (Application to Register Permanent Residence or Adjust Status).

In violation of Title 18, United States Code, Section 1546(a).

## COUNT 2
## ATTEMPTED UNLAWFUL PROCUREMENT OF CITIZENSHIP OR NATURALIZATION

On or about June 18, 2015 through present, in the District of Arizona, the defendant, SINISA DJURDJIC, did knowingly attempt to procure, contrary to law, his citizenship and naturalization, to wit: SINISA DJURDJIC made a material misrepresentation in his N-400 (Application for Naturalization) by:

a. Denying under part 11, question 9A, having ever been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place;

b. Denying under part 11, question 14D, being involved with badly hurting, or trying to hurt, a person on purpose;

c. Denying under part 11, question 15A supplement, ever participating in a war;

d. Denying under part 11, question 16, ever being a worker, volunteer or soldier at any of the following:
   i. Prison or jail
   ii. Prison camp
   iii. Detention facility
   iv. Labor camp
   v. Any other place where people were forced to stay;

e. Denying under part 11, question 17, ever being part of any group, or ever helping any group, unit, organization that used a weapon against any person, or threatened to do so, including using a weapon against another person or telling another person that he would use a weapon against that person;

f. Denying under part 11, question 31, having ever given any information that was false, fraudulent or misleading to a U.S. Government official;

   i. SINISA DJURDJIC previously submitted a Form I-590 (Registration for Classification as a Refugee) and did not report his service in the uniformed services of the Bosnian Serb government;

   ii. SINSIA DJURDJIC previously submitted a Form I-485 (Application to Register Permanent Residence or Adjust Status), and

      1. Omitted under part 3C, his membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since his 16th birthday, including any foreign military service;

      2. Denied under part 3, question 10, having, by fraud or willful misrepresentation of a material fact, ever sought to procure or procured a visa, other documentation, entry into the U.S. or any other immigration benefit.

g. Denying under part 11, question 32, ever having lied to any U.S. government official to gain entry or admission into the United States or to gain immigration benefits while in the United States;

   i. SINISA DJURDJIC previously submitted a Form I-590

    (Registration for Classification as a Refugee) and did not report his service in the uniformed services of the Bosnian Serb government;

  ii. SINSIA DJURDJIC previously submitted a Form I-485 (Application to Register Permanent Residence or Adjust Status), and

    1. Omitted under part 3C, his membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since his 16th birthday, including any foreign military service;

    2. Denied under part 3, question 10, having, by fraud or willful misrepresentation of a material fact, ever sought to procure or procured a visa, other documentation, entry into the U.S. or any other immigration benefit.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT THREE

## ATTEMPTED UNLAWFUL PROCUREMENT OF CITIZENSHIP OR NATURALIZATION

On or about June 18, 2015 through present, in the District of Arizona, the defendant, SINISA DJURDJIC, a person not entitled to naturalization and citizenship, did knowingly apply for and attempted to procure and obtain United States citizenship for himself, to which he was not entitled, to wit: DJURDJIC was not lawfully admitted to the United States for permanent residence, pursuant to Title 8, United States Code, Section 1427 and Title 8, United States Code Section 1182 and DJURDJIC knowingly used his fraudulently obtained lawful permanent resident status to apply for and attempt to receive naturalization; knowingly misrepresented material facts on his Application for Naturalization (Form N-

400); and knowingly applied for naturalization when DJURDJIC then knew that he did not satisfy the requirements for naturalization in that DJURDIC provided material false statements for the purpose of obtaining immigration benefits by:

    h. Denying under part 11, question 9A, having ever been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place;

    i. Denying under part 11, question 14D, being involved with badly hurting, or trying to hurt, a person on purpose;

    j. Denying under part 11, question 15A supplement, ever participating in a war;

    k. Denying under part 11, question 16, ever being a worker, volunteer or soldier at any of the following:

        i. Prison or jail
        ii. Prison camp
        iii. Detention facility
        iv. Labor camp
        v. Any other place where people were forced to stay;

    l. Denying under part 11, question 17, ever being part of any group, or ever helping any group, unit, organization that used a weapon against any person, or threatened to do so, including using a weapon against another person or telling another person that he would use a weapon against that person;

    m. Denying under part 11, question 31, having ever given any information that was false, fraudulent or misleading to a U.S. Government official;

        i. SINISA DJURDJIC previously submitted a Form I-590 (Registration for Classification as a Refugee) and did not report his service in the uniformed services of the Bosnian Serb

       government;

    ii. SINSIA DJURDJIC previously submitted a Form I-485 (Application to Register Permanent Residence or Adjust Status), and

        1. Omitted under part 3C, his membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since his 16th birthday, including any foreign military service;

        2. Denied under part 3, question 10, having, by fraud or willful misrepresentation of a material fact, ever sought to procure or procured a visa, other documentation, entry into the U.S. or any other immigration benefit.

n. Denying under part 11, question 32, ever having lied to any U.S. government official to gain entry or admission into the United States or to gain immigration benefits while in the United States;

    i. SINISA DJURDJIC previously submitted a Form I-590 (Registration for Classification as a Refugee) and did not report his service in the uniformed services of the Bosnian Serb government;

    ii. SINSIA DJURDJIC previously submitted a Form I-485 (Application to Register Permanent Residence or Adjust Status), and

        1. Omitted under part 3C, his membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since his 16th birthday,

including any foreign military service;

2. Denied under part 3, question 10, having, by fraud or willful misrepresentation of a material fact, ever sought to procure or procured a visa, other documentation, entry into the U.S. or any other immigration benefit.

All in violation of Title 18, United States Code, Section 1425(b).

A TRUE BILL

/ S /
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/ S /

REDACTED FOR
PUBLIC DISCLOSURE

Assistant U.S. Attorney
Dated: October 25, 2017

*United States of America v. Djurdjic*
Indictment Page 7 of 7