AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Sinisa Djurdjic<br>*Defendant* | ) ) ) ) ) ) ) | Case No. CR-17-1658-TUC-JGZ(DTF) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sinisa Djurdjic,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1546(a) Fraud and Misuse of Visas, Permits, and Other Documents

18:1425(a) Unlawful Procurement of Citizenship or Naturalization

18:1425(b) Unlawful Procurement of Citizenship or Naturalization

Date:   10/26/2017

*Issuing officer's signature*

City and state:   Tucson, AZ

Keli Petrilla, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/27/17, and the person was arrested on *(date)* 10/31/17
at *(city and state)*

Date:   11/1/17

*Arresting officer's signature*

Gavin Weidman, HSI Special Agent
*Printed name and title*