IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Sinisa Djurdjic,<br><br>              Defendants. | No. CR-17-01658-JGZ (DTF)<br><br>**ORDER** |

    Counsel for Defendant, having filed a motion to Designate Case Complex, there being no objection by the Government, and good cause appearing therefore,

    **IT IS HEREBY ORDERED** pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and LRCrim 16.2 the Motion (Doc. 21) is granted. This matter is hereby designated a complex case.

    **IT IS FURTHER ORDERED** that the Court authorizes submission of interim vouchers for payment of counsel fees in no less than three-month increments.

    **IT IS FURTHER ORDERED** that defense counsel must submit a CJA-26, along with the District of Arizona's Confidential *Ex Parte* Attachment to CJA 26, before submitting any voucher in excess of the CJA statutory maximum.

///

///

///

///

///

**IT IS FURTHER ORDERED**, pursuant to the Guide to Judiciary Policy and Procedure, Vol. 7, § 230.26.10, which recommends budgeting individual representations that may exceed 300 attorney hours or $42,000 in total costs (attorney fees plus ancillary services costs), any CJA counsel who anticipates exceeding these budgeting thresholds must contact Ninth Circuit Case Managing Attorney Kristine Fox to prepare a proposed litigation budget for court review. Counsel may reach Ms. Fox at kfox@ce9.uscourts.gov or at (415) 355-8985.

The next status conference is affirmed for October 16, 2018 at 11:40 AM.

Dated this 19th day of July, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge