# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01658-001-TUC-JGZ (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Sinisa Djurdjic, | |
| Defendant. | |

Upon motion of defendant and there being no objection, IT IS ORDERED that supervision from Pretrial Services is removed as a condition of release.

All other conditions remain in full force and effect.

Dated this 14th day of September, 2020.

Honorable D. Thomas Ferraro
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28