# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sinisa Djurdjic,<br><br>　　　　Defendant. | No. CR-17-01658-001-TUC-JGZ (DTF)<br><br>**ORDER** |

　　　On July 12, 2022, the Court held a Status Conference and continued the jury trial to May 8, 2023 at 9:30 a.m. The Court directed that a separate order updating other deadlines would be issued. Accordingly,

　　　**IT IS ORDERED** that substantive motions are due 120 days prior the trial date.

　　　**IT IS FURTHER ORDERED** that the motions in limine/notice/disclosure deadline is 60 days prior to the trial date.

　　　**IT IS FURTHER ORDERED** that jury instructions and voir dire are due 30 days prior to the trial date.

　　　**IT IS FURTHER ORDERED** that trial briefs are due 14 days prior to the trial date.

　　　Dated this 29th day of August, 2022.

Honorable Jennifer G. Zipps
United States District Judge