1  MATTHEW J. MCGUIRE
   Law Office of Matthew J McGuire, P.C.
2  P.O. Box 877
   Patagonia, AZ 85624-0877
3  Telephone (520) 841-1975
   State Bar No. 016654
4  2matt.mcguire@gmail.com

5  S. JONATHAN YOUNG
   Law Offices of S. Jonathan Young, P.C.
6  P.O. Box 42245
   Tucson, AZ  85733-2245
7  Telephone (520) 795-0525
   State Bar No. 012598
8  sjonathanyoung@icloud.com

9  Attorneys for Defendant Sinisa Djurdjic

10

11             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ARIZONA

12 | United States of America, | No.: CR 17-1658-JGZ (DTF) |
13 |              Plaintiff,     | WITNESS LIST |
14 |       vs.                   |  |
15 | Sinisa Djurdjic,            |  |
16 |              Defendant.     |  |
17

18     The defendant, Sinisa Djurdjic, through his attorneys, Matt McGuire and Jon

19 Young, hereby submits the following list of witnesses.

20     1.   Jovo Starcevic

21     2.   Slaven Duka

1    3.   Zoran Zivkovic

2    4.   Nemanja Jovanovic

3    5.   Vedrana Djurdjic

4    6.   Jovanka Djurdjic

5    7.   Kalifa Muntassar

6        Dated April 17, 2023

7        s/*Matthew J. McGuire*
          MATTHEW J. MCGUIRE
8        LAW OFFICE OF MATTHEW J MCGUIRE, P.C.

9        s/*S. Jonathan Young*
          S. JONATHAN YOUNG
10       LAW OFFICE OF S. JONATHAN YOUNG, P.C.
          Attorneys for Defendant

11

12   Copies of the foregoing
     served electronically or by other
13   means on April 17, 2023, to:

14   Liza Granoff
     Kevin Douglas Schiff
15   Assistant United States Attorney

16

17

18

19

20

21