PD

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 17 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Sinisa Djurdjic,<br><br>Defendant. | Case No. CR17-01658-TUC-JGZ(AMM)<br><br>JURY QUESTIONS/NOTES<br>DURING TESTIMONY |

## SEE ATTACHED

#12

- WHEN YOU WERE IN THE MILITARY, DID THE MILITARY ISSUE UNIFORMS TO YOU?

- WERE YOU WEARING A UNIFORM ON ZUC HILL WHEN YOU WERE CAPTURED?

5/17/23