UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ✓ RECEIVED ___ LODGED ___ COPY
MAY 17 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,
    PLAINTIFF,

CR 17-01658-TUC-JGZ(AMM)

vs.

**WITNESS LIST**

Sinisa Djurdjic,
    DEFENDANT.

| PRESIDING JUDGE<br>Honorable Jennifer G. Zipps | COURTROOM DEPUTY<br>Selina Coronado | COURT REPORTER<br>Aaron LaDuke |
|---|---|---|
| TRIAL DATE(S)<br>April 6, 2023, 1:30pm | PLAINTIFF ATTORNEY(S)<br>Liza M. Granoff, AUSA<br>Kevin D. Schiff, AUSA | DEFENDANT ATTORNEY(S)<br>Matthew John McGuire<br>Stephen Jonathan Young |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 5/15/23 | 5/15/23 | Gavin Weidman, Special Agent | |
| 2 | | | | Brian Wells, Special Agent | |
| 3 | | 5/12/23 | 5/12/23 | Michael MacQueen, Historian (Ret.) | ✓ |
| 4 | | 5/9/23 | 5/9/23 | Dorothea Hanson, Historian | ✓ |
| 5 | | 5/15/23 | 5/15/23 | David Gulick, Senior Advisor, USCIS | ✓ |
| 6 | | 5/12/23 | 5/12/23 | Anjali Zielinski, Refugee Officer, USCIS | ✓ |
| 7 | | 5/9/23 | 5/9/23 & 5/15/23 | Eset Muracevic | ✓ |
| 8 | | 5/11/23 | 5/11/23 | Asif Sehic | ✓ |
| 9 | | 5/10/23 | 5/10/23 & 5/11/23 | Alijah Halilovic | ✓ |
| 10 | | 5/11/23 | 5/11/23 | Mirsad Sehic | ✓ |
| 11 | | 5/11/23 | 5/11/23 & 5/12/23 | Sabahudin Sehic | ✓ |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |